**In re Allen H. RAU, Real Party in Interest Tower Laboratories, Ltd., Appellants.**

**No. 2015–1849.**

United States Court of Appeals, Federal Circuit.

March 14, 2016.

Steven B. Kelber, The Kelber Law Group, Washington, DC, argued for appellants.

Meredith Hope Schoenfeld, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Thomas W. Krause, Kakoli Caprihan, Jeremiah Helm.

O'MALLEY, MAYER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**